IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK GODBEY,

    Plaintiff,

  v.

MEGAN FULLER, DAN HARKINS, NEOMA GOTTLIEB, and MAUREEN BRYAN-FURGURSON,

    Defendants.

No. C 11-03867 WHA

**ORDER TO SHOW CAUSE AND VACATING MOTION HEARING**

On October 12, 2011, defendant Dan Harkins filed a motion to dismiss or strike the complaint (Dkt. No. 11). Pursuant to Civil Local Rule 7-3, plaintiff's opposition or statement of non-opposition to the motion was due on October 26. None was filed. Accordingly, plaintiff Mark Godbey is hereby **ORDERED TO SHOW CAUSE** why his claims against defendant Harkins should not be dismissed for failure to oppose the motion. <u>Plaintiff Mark Godbey must file a written response to this order by **NOVEMBER 21, 2011**</u>. If no response is filed or if good cause is not shown, then the motion may be granted. The motion hearing previously set for November 17, 2011, is **VACATED**.

    **IT IS SO ORDERED.**

Dated: October 28, 2011.

                                       WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE