United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK GODBEY,

    Plaintiff,

  v.

MEGAN FULLER, DAN HARKINS, NEOMA GOTTLIEB, and MAUREEN BRYAN-FURGURSON,

    Defendants.

No. C 11-03867 WHA

**ORDER TO SHOW CAUSE AND VACATING MOTION HEARING**

On October 12, 2011, defendant Dan Harkins filed a motion to dismiss or strike the complaint (Dkt. No. 11). Pursuant to Civil Local Rule 7-3, plaintiff's opposition or statement of non-opposition to the motion was due on October 26. None was filed. Accordingly, plaintiff Mark Godbey is hereby **ORDERED TO SHOW CAUSE** why his claims against defendant Harkins should not be dismissed for failure to oppose the motion. <u>Plaintiff Mark Godbey must file a written response to this order by **NOVEMBER 21, 2011**</u>. If no response is filed or if good cause is not shown, then the motion may be granted. The motion hearing previously set for November 17, 2011, is **VACATED**.

**IT IS SO ORDERED.**

Dated: October 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE