IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK GODBEY,

    Plaintiff,

  v.

MEGAN FULLER, DAN HARKINS, NEOMA GOTTLIEB, and MAUREEN BRYAN-FURGURSON,

    Defendants.

No. C 11-03867 WHA

**ORDER TO SHOW CAUSE AND VACATING MOTION HEARING**

On November 1, 2011, defendants Megan Fuller and Maureen Bryan-Furgurson filed a motion to dismiss (Dkt. No. 16). Pursuant to Civil Local Rule 7-3, plaintiff's opposition or statement of non-opposition to the motion was due on November 15. None was filed. Accordingly, plaintiff Mark Godbey is hereby **ORDERED TO SHOW CAUSE** why his claims against defendants Fuller and Bryan-Furgurson should not be dismissed for failure to oppose the motion. Plaintiff Mark Godbey must file a written response to this order by **DECEMBER 1, 2011**. If no response is filed or if good cause is not shown, then the motion may be granted or the action may be dismissed for failure to prosecute. The motion hearing previously set for December 15, 2011, is **VACATED**.

    **IT IS SO ORDERED.**

Dated: November 17, 2011.

                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE