IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK GODBEY,

    Plaintiff,

  v.

MEGAN FULLER, DANIEL HARKINS, NEOMA GOTTLIEB, and MAUREEN BRYAN-FURGURSON,

    Defendants.

No. C 11-03867 WHA

**SUPPLEMENTAL ORDER REGARDING ORDER TO SHOW CAUSE**

This order apologizes to plaintiff Mark Godbey. Mr. Godbey timely submitted his response to an order to show cause why the action should not be dismissed under the Rooker-Feldman doctrine (Dkt. No. 33). A prior order was mistaken that Mr. Godbey did not timely file his response (Dkt. No. 31). The mistake resulted from a discrepancy between the time of manual and electronic filing. Nevertheless, after reading Mr. Godbey's submission, this action remains dismissed under the Rooker-Feldman doctrine.

**IT IS SO ORDERED.**

Dated: December 19, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE